**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN District of GEORGIA
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Rainbow House, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  58-1836963

4. **Debtor's address**

   **Principal place of business**
   879 Battle Creek Rd
   Number  Street

   Jonesboro   GA   30236
   City        State  ZIP Code

   Clayton
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City    State   ZIP Code

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  RAINBOW HOUSE, INC.                    Case number (if known) _____

**6. Type of debtor**

☒ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6244

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12



Debtor  RAINBOW HOUSE, INC.                              Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ☒ No
   ☐ Yes.  District _____  When __/__/____  Case number _____
            District _____  When __/__/____  Case number _____

   If more than 2 cases, attach a separate list.

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When __/__/____
             Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number   Street

    _____
    City                                  State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3



Debtor **RAINBOW HOUSE, INC.**                              Case number (if known) _____

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/07/2023
MM / DD / YYYY

/s/ Monica Scott                    Monica Scott
Signature of authorized representative of debtor    Printed name

Title Chair of Board of Directors

Debtor __RAINBOW HOUSE, Inc._____  Case number (if known)_____
     Name

**18. Signature of attorney**

X _____  Date _____
   Signature of attorney for debtor          MM / DD / YYYY

__John W. Mills_____
Printed name

__Jones Walker_____
Firm name

__3455 Peachtree Road NE, Suite 1400____
Number  Street

__Atlanta_____ __GA__ __30326__
City                    State    ZIP Code

__404-870-7517_____  __jmills@joneswalker.com__
Contact phone              Email address

__509705_____  __GA__
Bar number                State



Unanimous Consent of Board of Directors
of
Rainbow House, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankrupcty Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Monica Scott, Chair of the Board of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Monica Scott, Chair of the Board of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Monica Scott, Chair of the Board of this Corporation is authorized and directed to employ John W. Mills, attorney and the law firm of Jones Walker to represent the corporation in such bankruptcy case.

Date 6-7-2023     Signed _____
                    Name: Monica Scott

Date 6-7-2023     Signed _____
                    Name: Patricia Jordan

Date 6-7-2023     Signed _____
                    Name: Angela Smith

Date 6-7-2023     Signed _____
                    Name: Arletta Bender

Date 6-7-2023     Signed _____
                    Name: April Preston

Date 6-7-2023     Signed _____
                    Name: Kenny Richardson

Date 6-7-2023     Signed _____
                    Name: Carol Yancey

1

| | | | |
|---|---|---|---|
| Date | 6-7-2023 | Signed | Name: Danielle Williams |
| Date | 6-7-2023 | Signed | Name: Josh Eberhart |
| Date | 6-7-2023 | Signed | Name: Latoya Smith |
| Date | 6-7-2023 | Signed | Name: Mandela Wise |
| Date | 6-7-2023 | Signed | Name: Sade Wise |
| Date | 6-7-2023 | Signed | Name: Rhea Gumbs |

2

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Rainbow House Inc.                                                   Case No.
                              Debtor(s)                                           Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the Chair of the Board of the Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  6-7-2023                    *Monica Scott*
                                   Monica Scott/Chair of the Board of Directors
                                   Signer/Title

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Rainbow House, Inc.**  
Debtor

Case No. _____

Chapter **7**

## Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | 7 Stars Communication LLC Financial<br>990 Peachtree Industrial Blvd<br>Suite 794<br>Suwanee, GA 30024 | Unsecured claims | 4000.00 |
| 2. | ADT Commercial<br>P.O. Box 49292<br>Wichita, KS 67201 | Unsecured claims | 1,265.74 |
| 3. | AnswerTel<br>605 Hwy 31 S<br>Suite C<br>Athens, AL 35611 | Unsecured claims | Unknown |
| 4. | Clayton County Board of Commissioners<br>112 Smith Street<br>Jonesboro, GA 30274 | Unsecured claims | Unknown |
| 5. | Clayton County Tax Commissioner<br>121 South McDonough Street<br>Jonesboro, GA 30236 | Unsecured Claims | Unknown |
| 6. | Clayton County Water Authority<br>1600 Battle Creek Road<br>Morrow, GA 30260 | Unsecured claims | 258.97 |
| 7. | Comcast Business<br>2605 Circle 75 Parkway SE<br>Atlanta, GA 30339 | Unsecured claims | 11,046.70 |
| 8. | Concentra<br>P.O. Box 82730<br>Hapeville, GA 30354 | Unsecured claims | 146.00 |
| 9. | Domain Listings<br>P.O. Box 19607<br>Las Vegas, NV 89132 | Unsecured claims | 288.00 |
| 10. | GFL Environmental<br>3351 Hwy 42 N<br>Stockbridge, GA 30281 | Unsecured claims | 295.66 |
| 11. | Georgia Natural Gas<br>P.O. Box 71245<br>Charlotte, NC 28272 | Unsecured claims | 4116.28 |

1



| | | | |
|---|---|---|---:|
| 12. | Georgia Power<br>241 Ralph McGill Blvd<br>Atlanta, GA 30308 | Unsecured claims | 4174.55 |
| 13. | Iron Mountain<br>2 Sun Court<br>Norcross, GA 30092 | Unsecured claims | 269.00 |
| 14. | LabCorp<br>P.O. Box 12140<br>Burlington, NC 27216 | Unsecured claims | 10,613.19 |
| 15. | Mastercard<br>P.O. Box 2360<br>Omaha, NE 68103 | Unsecured claims | 25,686.02 |
| 16. | Metro PCS<br>P.O. Box 5119<br>Carol Stream, IL 60197 | Unsecured claims | Unknown |
| 17. | Office Depot<br>P.O. Box 1413<br>Charlotte, NC 28201 | Unsecured claims | 4979.92 |
| 18. | Pitney Bowes Bank Inc.<br>P.O. Box 981026<br>Boston, MA 02298 | Unsecured claims | Unknown |
| 19. | Resurgens Impact Consulting<br>P.O. Box 5604<br>Atlanta, GA 31107 | Unsecured claims | 3785.00 |
| 20. | Sam's Club<br>P.O. Box 669825<br>Dallas, TX 75266 | Unsecured claims | 6,282.66 |
| 21. | Standard Office Systems Capital<br>2475 Meadowbrook Pkwy<br>Duluth, GA 30096 | Unsecured claims | 8,264.98 |

## DECLARATION

I, Monica Scott, Chair of the Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date   6-7-2023                    Signature  *Monica Scott*
                                   Monica Scott
                                   Chair of the Board of Directors

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

2