taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

July 10, 2023

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    Re: Rainbow House Inc
       Chapter 7, Case No. 23-55369-JWC

Dear Clerk of the Court:

  I am the Chapter 7 Trustee in the above-referenced case. It appears there will be funds available for distribution to creditors, and therefore, it is necessary to establish a claims bar date and to mail a proof of claim form to all creditors.

  Thank you for your attention to this matter. If you have any questions, please feel free to contact me at (404) 640-5917 or my paralegal Angela Ford at (678) 336-7156.

                Sincerely,

                Neil C. Gordon

NCG:agf
cc: Office of the United States Trustee

{02607872-1}