UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-55369-JWC |
| | ) | |
| RAINBOW HOUSE, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE CAVENDER |
| | ) | |
| NEIL C. GORDON, Trustee for the Bankruptcy Estate of Rainbow House, Inc., | ) ) ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| RAINBOW HOUSE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**AMENDED NOTICE OF *TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF PROPERTY OF THE BANKRUPTCY ESTATE BY PUBLIC AUCTION OR PRIVATE SALE OR BOTH FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES*; DEADLINE TO OBJECT; AND FOR HEARING**
**(To correct Courtroom)**

Neil C. Gordon, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Rainbow House, Inc. ("**Debtor**") has filed *Trustee's Motion for An Order Authorizing the Sale of Property of the Bankruptcy Estate by Public Auction or Private Sale Free or Both and Clear of All Liens, Interests, and Encumbrances and (II) Disbursement of Certain Proceeds at Closing; Deadline to Object; and for Hearing* [Doc. No. 36] (the "**Sale Motion**") on August 2, 2023. Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within ***twenty-one (21) days*** from the date of service of this notice. **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk at U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, and serve a copy on Trustee's attorney, Neil C. Gordon, Taylor English Duma LLP, 1600 Parkwood Circle, SE, Suite 200, Atlanta, Georgia 30339, and any

{02623528-1 }

other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Sale Motion has been scheduled for **September 14, 2023**. The Court will hold a hearing on the Sale Motion at **11:00 A.M.** on **September 14, 2023, Courtroom 1203**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: **August 3, 2023.**

TAYLOR ENGLISH DUMA LLP

By: */s/ Neil C. Gordon*
    Neil C. Gordon
    Georgia Bar No. 302387
1600 Parkwood Circle, SE, Suite 200
Atlanta, GA 30339
Phone: (404) 640-5917
Email: ngordon@taylorenglish.com
*Attorneys for Trustee*

{02623528-1 }