UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-55369-JWC |
| | ) | |
| RAINBOW HOUSE, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE CAVENDER |
| | ) | |
| NEIL C. GORDON, Trustee for the Bankruptcy Estate of Rainbow House, Inc., | ) ) ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| RAINBOW HOUSE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I, Neil C. Gordon, certify that I am over the age of 18 and that, I served a copy of the foregoing *Amended Notice of Trustee's Motion for an Order Authorizing the Sale of Property of the Bankruptcy Estate by Public Auction or Private Sale or Both Free and Clear of All Liens, Interests, and Encumbrances; Deadline; Deadline to Object; and for Hearing* [Doc. No. 39] ("**Notice**") with adequate postage prepaid, to the following persons or entities at the addresses stated below by First Class Mail:

Office of the United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Rainbow House, Inc.
879 Battle Creek Road
Jonesboro, GA 30236

Mark Manley
Wiregrass Auction Group, Inc.
3035 US Highway 319, Suite G
Thomasville, GA 31757

John Wesley Mills, III
Jones Walker LLP
3455 Peachtree Road NE, Suite 1400
Atlanta, GA 30326

{02623562-1 }

This is to certify further that I, Neil C. Gordon, have this day served copies of the foregoing Notice by first class United States mail on all those entities set forth on the attached Exhibit "A" at the addresses stated.

This 3rd day of August, 2023.

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: /s/ Neil C. Gordon
    Neil C. Gordon
    Georgia Bar No. 302387
    ngordon@taylorenglish.com

1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
(404) 640-5917

{02623562-1 }

**EXHIBIT "A" FOLLOWS**

{02623562-1 }

```
Label Matrix for local noticing          7 Stars Communication LLC              ADT Commercial
113E-1                                   990 Peachtree Industrial Blvd., Suite 79   P.O. Box 49292
Case 23-55369-jwc                        Suwanee, GA 30024-5200                 Wichita, KS 67201-9292
Northern District of Georgia
Atlanta
Thu Aug  3 12:38:20 EDT 2023

AnswerTel                                Clayton County Board of Commissioners   Clayton County Tax Commissioner
605 Hwy 31 S, Suite C                    112 Smith Street                        121 South McDonough Street
Athens, AL 35611                         Jonesboro, GA 30236-3539                Jonesboro, GA 30236-3651


Clayton County Water Authority           Comcast Business                        Concentra
1600 Battle Creek Road                   2605 Circle 75 Parkway SE               P.O. Box 82730
Morrow, GA 30260-4302                    Atlanta, GA 30339-4268                  Hapeville, GA 30354-0730


Domain Listings                          GFL Environmental                       Georgia Natural Gas
P.O. Box 19607                           3351 Hwy 42 N                           P.O. Box 71245
Las Vegas, NV 89132-0607                 Stockbridge, GA 30281-4444              Charlotte, NC 28272-1245


Georgia Power                            Neil C. Gordon                          Iron Mountain
241 Ralph McGill Blvd                    Taylor English Duma LLP                 2 Sun Court
Atlanta, GA 30308-3374                   Suite 200                               Norcross, GA 30092-2865
                                         1600 Parkwood Circle SE
                                         Atlanta, GA 30339-2119


LabCorp                                  Mastercard                              Metro PCS
P.O. Box 12140                           P.O. Box 2360                           P.O. Box 5119
Burlington, NC 27216-2140                Omaha, NE 68103-2360                    Carol Stream, IL 60197-5119


John Wesley Mills III                    ODP Business Solutions, LLC             Office Depot
Jones Walker LLP                         6600 N Military Trail                   P.O. Box 1413
3455 Peachtree Road NE                   Attn: Bankruptcy Processing             Charlotte, NC 28201-1413
Suite 1400                               Boca Raton, FL 33496-2434
Atlanta, GA 30326-4202


Office of the United States Trustee      Pitney Bowes Bank Inc.                  Rainbow House, Inc.
362 Richard Russell Building             P.O. Box 981026                         879 Battle Creek Road
75 Ted Turner Drive, SW                  Boston, MA 02298-1026                   Jonesboro, GA 30236-1919
Atlanta, GA 30303-3315


Resurgens Impact Consulting              Sams Club                               Standard Office Systems Capital
P.O. Box 5604                            P.O. Box 669825                         2475 Meadowbrook Pkwy
Atlanta, GA 31107-0604                   Dallas, TX 75266-0782                   Duluth, GA 30096-2366


Stonebridge Accounting & Forensics LLC   Wiregrass Auction Group, Inc.
P.O. Box 1290                            3035 US Highway 319
Grayson, GA 30017-0025                   Suite G
                                         Thomasville, GA 31792
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Neil C. Gordon
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339-2119

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29