**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 23-55369-JWC |
| ) | |
| **RAINBOW HOUSE INC.** ) | CHAPTER 7 |
| ) | |
|     Debtor. ) | |
| _____ ) | |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**

The undersigned Trustee intends to abandon the property listed below which is either burdensome or of inconsequential value to the bankruptcy estate. In accordance with Rule 6007 of the Bankruptcy Rules, Notice is hereby given of the proposed abandonment to Debtor or other disposition of:

**ANY AND ALL PRESENTLY SCHEDULED PROPERTY INCLUDING BOOKS,
RECORDS, OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES,
BUSINESS MACHINERY AND FIXTURES OF
THE CORPORATE DEBTOR THAT REMAINS UNLIQUIDATED**

Any objection by a party in interest shall be filed with the Clerk of this Court and a copy served on the Trustee within fourteen (14) days of the date of the mailing of this Notice. If no objection is filed within fourteen (14) days, the above-listed property shall be deemed abandoned without further hearing or Order of this Court.

                                                                                            */s/ Neil C. Gordon*
                                                                                            NEIL C. GORDON
                                                                                            State Bar No. 302387

TRUSTEE'S ADDRESS:
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
ngordon@taylorenglish.com
(404) 640-5917

{02834533-1 }