Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 23-55369 JWC | **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Case Name:** RAINBOW HOUSE INC | **Filed (f) or Converted (c):** | 06/07/23 (f) |
| | **§341(a) Meeting Date:** | 07/10/23 |
| **Period Ending:** 12/31/24 | **Claims Bar Date:** | 10/11/23 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) Abandon | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS (IDENTIFY ALL)SEE ATTACHMENT (see footnote) | 31,698.22 | 31,698.22 | | 30,314.07 | FA |
| 2 | OFFICE FURNITURESEE ATTACHMENT (see footnote) | Unknown | Unknown | | 18,883.00 | FA |
| 3 | OFFICE FIXTURESSEE ATTACHMENT (see footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 4 | OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT ANDCOMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARESEE ATTACHMENT (see footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 5 | AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLESSEE ATTACHMENT (see footnote) | Unknown | Unknown | | 0.00 | FA |
| 6 | ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTERESTSEE ATTACHMENT (see footnote) | Unknown | Unknown | OA | 0.00 | FA |
| 7 | MetLife Insurance Refund (u) | Unknown | 8.84 | | 26.95 | FA |
| 8 | LOT: 4171 Grant Road, Ellenwood, Georgia 30294 (see footnote) | Unknown | Unknown | | 1,988.90 | 2,511.10 |
| 9 | Refund: Kroger (u) | Unknown | 21.13 | | 21.13 | FA |
| 10 | Refund: United Way (u) | Unknown | 22.07 | | 22.07 | FA |
| 11 | 2019 Honda Odyssey (see footnote) | Unknown | Unknown | | 17,825.00 | FA |
| 12 | 2014 Ford Econoline Van (see footnote) | Unknown | Unknown | | 8,337.50 | FA |
| 13 | 2011 Ford Econoline Van (see footnote) | Unknown | Unknown | | 2,300.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$31,698.22** | **$31,750.26** | | **$79,718.62** | **$2,511.10** |

Regarding Property #1   See Doc. No. 14-1, Part 1, No. 3
Regarding Property #2   See Doc. No. 14-1, Part 7, No. 39

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 2

| | |
|---|---|
| Regarding Property #3 | See Doc. No. 14-1, Part 7, No. 40 |
| Regarding Property #4 | See Doc. No. 14-1, Part 1, Section No. 41 |
| Regarding Property #5 | See Doc. No. 14-1, Part 8, No. 47 |
| Regarding Property #6 | See Doc. No. 14-1, Part 9, Section No. 55 |
| Regarding Property #8 | See Doc. No. 14-1, Part 9, No. 55 |
| Regarding Property #11 | Originally lumped with Asset No. 5 |
| Regarding Property #12 | Originally lumped with Asset No. 5 |
| Regarding Property #13 | Originally lumped with Asset No. 5 |

**Major activities affecting case closing:**

Debtor leased two properties located at 879 Battle Creek Road, Jonesboro, Georgia 30235 and 86 Upper Riverdale Road, Riverdale, Georgia 30274 (the "Leased Premises"). Pursuant to Debtor's Schedule A/B: Property ("Schedule A/B"), Debtor scheduled its ownership of an array of personal property items stored in the Leased Premises, including but not limited to, computers and other office equipment, televisions, home and office furniture, appliances, cookware, dinnerware, and more (collectively, the "Contents"), all of which was unencumbered. Also, Debtor scheduled its ownership of (A) three (3) unencumbered vehicles: a 2011 Ford Econoline Wagon, a 2014 Ford E350 Van, and a 2019 Honda Odyssey Van, VIN: 5FNRL6H23KB126994 (collectively, the "Vehicles"), and (b) an unencumbered, undeveloped lot located at 4171 Grant Road, Ellenwood, Georgia 30294 (the "Lot," and collectively with the Contents and the Vehicles, the "Real and Personal Property").

Trustee filed his Application to Employ Auctioneer [Doc. No. 30], and on July 25, 2023, the Court entered an Order [Doc. No. 33], authorizing the employment of Wiregrass Auction Group, Inc., as the Auctioneer for the Bankruptcy Estate. On August 8, 2023, the Trustee filed his Motion for an Order Authorizing the Sale of Property of the Bankruptcy Estate by Public Auction or Private Sale or Both Free and Clear of All Liens, Interests, and Encumbrances [Doc. No. 36] (the "Sale Motion"). On August 29, 2023, the Trustee filed an Amendment to the Sale Motion [Doc. No. 43] (the "Amendment") for two purposes: (a) to remove the option for a private sale, and Trustee instead requested authority to sell the Real and Personal Property by public auction only to the highest bidder or bidders; and (b) to modify the Auctioneer's Costs of Sale as follows as to the Contents: (i) total marketing expense to the Bankruptcy Estate not to exceed $2,250.00; (ii) buyer's premium of up to twenty (20%) of the gross sale price, but discounted to eighteen (18%) percent, and further discounted to fifteen (15%) percent if paid by means other than a credit card; and (iii) commission of up to fifteen (15%) percent of gross sale price, plus reimbursement of out-of-pocket expenses in an amount not to exceed $500.00. On September 15, 2023, the Court entered an Order [Doc. No. 45], granting the Sale Motion and authorizing the sale of the Real and Personal Property at public by the Auctioneer (the "Sale Order"). The Sale Order further authorized the Real and Personal Property to be sold free and clear of any potential liens, claims and interests, with valid and enforceable lien(s) attaching to the proceeds of sale, pursuant to 11 U.S.C. §§ 363(b) and (f). On November 21-22, 2023, the Auctioneer conducted the public auction. The Lot was sold for the gross sales price of $4,950.00. The vehicles were sold for the aggregate gross sales price of $28,462.50. The Personal Property contents were sold for the total gross sales price of $16,420.00. The funds were remitted to the estate. Trustee has filed the Auctioneer's fee application [Doc. No. 47]. which was approved by the Court [Doc. No. 51]. Trustee has remitted payment to the Auctioneer.

Tax returns have been filed. Claims have been reviewed with no objections to be filed. Trustee to prepare his Final Report.

**Initial Projected Date of Final Report (TFR):** December 31, 2025            **Current Projected Date of Final Report (TFR):** December 31, 2025

      January 31, 2025                                            /s/ NEIL C GORDON, TRUSTEE  
          Date                                                          NEIL C GORDON, TRUSTEE

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-55369 JWC | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RAINBOW HOUSE INC | | Bank Name: | East West Bank |
| | | | Account: | ******1779 - Checking |
| Taxpayer ID#: | ******6963 | | Blanket Bond: | $27,655,000.00 (per case limit) |
| Period: | 01/01/24 - 12/31/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of Truist Bank Funds | 1129-000 | 10,070.00 | | 10,070.00 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 15,963.06 | | 26,033.06 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 1,007.24 | | 27,040.30 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 261.00 | | 27,301.30 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 1,760.18 | | 29,061.48 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 1,076.99 | | 30,138.47 |
| 07/12/23 | Asset #1 | Rainbow House Inc | Turnover of TheFirst account funds | 1129-000 | 92.00 | | 30,230.47 |
| 08/14/23 | Asset #1 | Rainbow House | Turnover of Truist Account Funds | 1129-000 | 74.76 | | 30,305.23 |
| 11/17/23 | Asset #1 | MetLife | Quarterly Dividend Check | 1129-000 | 8.84 | | 30,314.07 |
| 11/29/23 | Asset #8 | Campbell & Brannon LLC | Net Real Property Sale Proceeds | 1110-000 | 1,988.90 | | 32,302.97 |
| 12/04/23 | | Wiregrass Auction Group, Inc. | Gross Auction Sale Proceeds Pursuant to Court Order Entered 9/15/23 (Doc. No. 45) | | 47,345.50 | | 79,648.47 |
| 12/04/23 | Asset #13 | | 2,300.00 | 1129-000 | | | 79,648.47 |
| 12/04/23 | Asset #12 | | 8,337.50 | 1129-000 | | | 79,648.47 |
| 12/04/23 | Asset #11 | | Gross Auction Sale Proceeds Inclusive of Buyer's Premiums Pursuant to Court Order Entered 9/15/23 (Doc. No. 45)   17,825.00 | 1129-000 | | | 79,648.47 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-55369 JWC | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RAINBOW HOUSE INC | | Bank Name: | East West Bank |
| | | | Account: | ******1779 - Checking |
| Taxpayer ID#: | ******6963 | | Blanket Bond: | $27,655,000.00 (per case limit) |
| Period: | 01/01/24 - 12/31/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/23 | Asset #2 | | Gross Auction Sale Proceeds Inclusive of Buyer's Premiums Pursuant to Court Order Entered 9/15/23 (Doc. No. 45)  18,883.00 | 1129-000 | | | 79,648.47 |
| 12/26/23 | Asset #7 | MetLife | Insurance Refund | 1229-000 | 8.84 | | 79,657.31 |
| 03/01/24 | 1001 | Wiregrass Auction Group, Inc. | Auctioneer's Fees & Expenses Pursuant to Court Order Entered 2/14/24 (Doc. No. 51) | | | 13,088.50 | 66,568.81 |
| 03/01/24 | | | Auctioneer's Fees & Expenses Pursuant to Court Order Entered 2/14/24 (Doc. No. 51)  9,088.50 | 3610-000 | | | 66,568.81 |
| 03/01/24 | | | 4,000.00 | 3991-000 | | | 66,568.81 |
| 04/04/24 | Asset #7 | MetLife | Insurance Refund | 1229-000 | 8.84 | | 66,577.65 |
| 04/15/24 | Asset #9 | Kroger | Refund | 1229-000 | 21.13 | | 66,598.78 |
| 05/20/24 | Asset #10 | United Way of Greater Atlanta | Refund | 1229-000 | 0.49 | | 66,599.27 |
| 05/20/24 | Asset #10 | United Way of Greater Atlanta | Refund | 1229-000 | 21.58 | | 66,620.85 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-55369 JWC | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|
| Case Name: | RAINBOW HOUSE INC | Bank Name: | East West Bank |
| | | Account: | ******1779 - Checking |
| Taxpayer ID#: | ******6963 | Blanket Bond: | $27,655,000.00 (per case limit) |
| Period: | 01/01/24 - 12/31/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/24 | Asset #7 | MetLife | Insurance Refund | 1229-000 | 9.27 | | 66,630.12 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 79,718.62<br>0.00 | 13,088.50<br>0.00 | $66,630.12 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 79,718.62 | 13,088.50<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$79,718.62** | **$13,088.50** | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ******1779** | 79,718.62 | 13,088.50 | 66,630.12 |
| | | **$79,718.62** | **$13,088.50** | **$66,630.12** |