IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In Re: | Case No.: 23-55369-JWC |
|---|---|
| RAINBOW HOUSE INC, | Chapter: 7 |
| | Honorable Jeffery W. Cavender |
| Debtor. | |

## CHAPTER 7 SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT

Disbursement made to Clayton County Tax Commissioner in the amount of $50.17 was returned by the creditor stating that the account had a $0.00 balance. The Trustee will re-distribute said amount to all allowed claims. The approved supplemental distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---:|---:|---:|
| NEIL C GORDON, TRUSTEE, TRUSTEE (CH. 7) | 7,364.33 | 88.59 | 0.00 |
| TAYLOR ENGLISH DUMA LLP, ATTORNEY FOR TRUSTEE (CH. 7) (Firm) | 17,834.50 | 373.00 | 0.00 |
| STONEBRIDGE ACCOUNTING & FORENSICS, LLC, ACCOUNTANT FOR TRUSTEE (CH. 7) (Non-Firm) | 9,908.50 | 65.29 | 0.00 |

**Secured claims:**  None.

**Priority claims:**

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| Clayton County Board of Commissioners | 0.00 | 0.00 |
| Clayton County Tax Commissioner | 0.00 | 0.00 |

{03140302-1 }

**Unsecured claims:** Claims of general unsecured creditors totaling $255,153.19 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0196627%.

**Unsecured claims:**

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| ODP Business Solutions, LLC* | 2,600.00 | 0.51 |
| Resurgens Impact Consulting* | 3,785.00 | 0.74 |
| Clayton County Tax Commissioner | 0.00 | 0.00 |
| LabCorp* | 10,613.19 | 2.09 |
| Clayton County, Georgia | 238,155.00 | 46.83 |
| Comcast Business | 0.00 | 0.00 |
| Concentra | 0.00 | 0.00 |
| Domain Listings | 0.00 | 0.00 |
| Georgia Natural Gas | 0.00 | 0.00 |
| Georgia Power | 0.00 | 0.00 |
| GFL Environmental | 0.00 | 0.00 |
| Iron Mountain | 0.00 | 0.00 |
| Mastercard | 0.00 | 0.00 |
| Metro PCS | 0.00 | 0.00 |
| Pitney Bowes Bank Inc. | 0.00 | 0.00 |
| Clayton County Water Authority | 0.00 | 0.00 |
| 7 Stars Communication LLC Financial | 0.00 | 0.00 |
| ADT Commercial | 0.00 | 0.00 |
| AnswerTel | 0.00 | 0.00 |
| Sam's Club | 0.00 | 0.00 |
| Standard Office Systems Capital | 0.00 | 0.00 |

**Untimely Filed Unsecured claims:** Claims of untimely filed unsecured creditors totaling $527.88 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The untimely filed unsecured dividend is anticipated to be 0.0000000000%.

**Unsecured claims:**

{03140302-1 }

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| Carla S. Johnson | 527.88 | 0.00 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**     $69,198.09

\* Pursuant to Federal Rule of Bankruptcy Procedure 3010(a), no dividend in any amount less than $5.00 shall be distributed to creditors.  Said funds will be paid into the registry of the Court.

Prepared by:

/s/ NEIL C GORDON
NEIL C GORDON, Chapter 7 Trustee
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(404) 640-5917

{03140302-1 }